**EPSTEIN**
**BECKER**
**GREEN**

Attorneys at Law

Edward M. Yennock
t 212.351.4620
f 212.878.8600
EYennock@ebglaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/21

*[Handwritten notes from Judge: Agreed – adjourn conference sine die – we will amend / reorder]*

*[Signature: Colleen M. M[cMahon] 9/8/21]*

September 8, 2021

**VIA ECF**

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Chang et al. v. Mizuho Securities USA LLC et al.*, 1:21-cv-03874

**Parties' Agreed Request for Adjournment of the Initial Pretrial Conference
and Extension of Pleading Deadlines**

Dear Judge McMahon:

We represent Defendants Mizuho Securities USA LLC and Mizuho Bank (USA) ("Defendants") in the referenced action. Upon reaching an agreement with Plaintiffs' counsel (*see* Exhibit 1), we write to request an adjournment of the Initial Pretrial Conference, and concomitant extensions of the parties' respective pleading deadlines.

On June 2, 2021, Mizuho filed a motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6). (*See* Dkts. 16-17.) On June 14, 2021, Plaintiffs advised the Court that they intend to amend their Complaint in response to Defendants' motion, and will add several additional claims—some of which apparently will be based on factual allegations distinct from those alleged in the original Complaint. (*See* Dkt. 18.) Plaintiffs requested a roughly three-month extension of their deadline to file an Amended Complaint, as they awaited the U.S. Equal Employment Opportunity Commission's issuance of Notices of Right to Sue. (*See id.*) The Court granted Plaintiffs' request. (Dkt. 20.)

The Initial Pretrial Conference is currently slated for September 10, 2021—two days from today. To date, however, Plaintiffs have not yet filed their Amended Complaint. Until that occurs, we are not in a position to move forward, and to devise a case management plan. Therefore, the parties have agreed that the following would be appropriate:

September 8, 2021
Page 2

(1) an adjournment of the Initial Pretrial Conference to a date roughly 30 to 45 days from the date currently scheduled, at the Court's convenience;

(2) a 14-day extension of Plaintiffs' current deadline for filing an Amended Complaint—to September 24, 2021; and

(3) a 21-day extension of what would otherwise be Defendants' deadline for responding to the Amendment Complaint once it is filed.

The parties respectfully request that the Court order the foregoing. We thank the Court for its attention to this request.

Respectfully submitted,

Edward M. Yennock

cc: all counsel of record (via ECF)