# THE LIDDLE LAW FIRM PLLC

420 E. 54th St.
Suite 1908
NEW YORK, N.Y. 10022

JEFFREY L. LIDDLE
Mobile Tel: (917) 628-7029
Email: jliddle@liddlelaw.com

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2023

March 30, 2023

**VIA ECF**
Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

*This in person Conference is adjourned to 5/4/2023 at 12:00 pm.*

*Colleen McMahon*
*3/30/2023*

Re: *Chang et al v. Mizuho Securities USA LLC et al*
Case No. 1:21-cv-03874-CM
**Request to Reschedule Conference**

Dear Judge McMahon,

We write to respectfully request that the conference presently scheduled for 10:00 a.m. on April 13, 2023, be rescheduled for another date.

On March 8, 2023, Plaintiffs' counsel, Jeffrey L. Liddle, Esq., was directed to appear for oral argument on two motions for summary judgment before Hon. Andrea Masley J.S.C., in New York Supreme Court in the matter *GCA Advisors, LLC v. Intersections, Inc.*, Index No. 656893/2019 at 10:00 a.m. on April 13, 2023. Attached is an Affirmation of Actual Engagement of Jeffrey L. Liddle.

Plaintiff is available on any date other than March 31, April 5, 6, 7, 11, 13 and 14.

Respectfully submitted,

The Liddle Law Firm, PLLC

*Jeffrey L. Liddle*

Jeffrey L. Liddle
Edgar M. Rivera
420 E. 54th St.
Suite 1908
New York, NY 10022

THE LIDDLE LAW FIRM PLLC

Hon. Colleen McMahon -2- March 30, 2023

*Attorneys for Lisa O. Wright and for Plaintiffs in Change, et al.*

Enclosures: Affirmation of Actual Engagement
Ex. A, Order from Judge Masely in *GCA Advisors, LLC v. Intersections, Inc.*, Index No. 656893/2019

cc: Epstein Becker & Green, P.C.
Edward Yennock, Esq.
David Wayne Garland, Esq.
*Attorneys for MSUSA and for Defendants in Chang, et al.*