**EPSTEIN BECKER GREEN**

Attorneys at Law

Edward M. Yennock
t 212.351.4620
f 212.878.8600
EYennock@ebglaw.com

> Request GRANTED.  Motions for summary judgment are now due by **December 20, 2024.**  The briefing schedule otherwise remains unaltered.  The Clerk of Court is directed to terminate Dkt. No. 92.
>
> SO ORDERED.  Date 10/23/2024
>
> HON. MARGARET M. GARNETT
> U.S. DISTRICT JUDGE

October 21, 2024

Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: *Nelson Chang et al. v. Mizuho Securities USA LLC et al.*, 21-cv-03874 (MMG)(SDA)

**Stipulated Request to Extend Defendant's Deadline for Filing of Summary Judgment Motion to Accommodate Settlement Conference**

Dear Judge Garnett:

My firm represents Defendants Mizuho Securities USA LLC and Mizuho Bank (USA) ("Defendants") in this action. Having conferred with Plaintiffs' counsel, I write on behalf of all parties, Defendants and Plaintiffs, to request jointly that Defendants' deadline for submitting their motion for summary judgment be extended by two weeks, from December 6, 2024 (*see* Dkt. 87) to **December 20, 2024**.

The parties agree that this joint request is warranted by the fact that the Settlement Conference before Magistrate Judge Stewart D. Aaron will not be held until December 3, 2024 (*see* Dkt. 91), in light of the respective commitments of the various individuals who must attend the conference relative to the Court's availability.

This the parties' first request for any extension of the summary judgment briefing schedule. The requested extension will not impact any other deadlines, including the remaining summary judgment briefing deadlines—*i.e.*, Plaintiffs' opposition will remain due February 28, 2025, and Defendants' reply will remain due March 14, 2025.

Respectfully submitted,

/s/ *Edward M. Yennock*

Edward M. Yennock
EPSTEIN BECKER & GREEN P.C.

*Counsel for Defendants*