### THE LIDDLE LAW FIRM PLLC

420 E. 54th St.
Suite 3702
NEW YORK, N.Y. 10022

———

JEFFREY L. LIDDLE
 Mobile Tel: (917) 628-7029
 Email: jliddle@liddlelaw.com

December 8, 2024

**VIA ECF**
Hon. Margaret M. Garnett
U.S. District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

>  Re:   *Chang et al. v. Mizuho Securities USA LLC et al.*
>         **1:21-cv-03874**

Dear Judge Garnett:

I write to inform the Court that I am unable to act as counsel to Plaintiffs due to my suspension from the practice of law by the Attorney Grievance Committee for the First Judicial Department, effective December 9, 2024, pending further notice.

Edgar M. Rivera, Esq. remains counsel of record for Plaintiffs.

Respectfully submitted,

*Jeffrey L. Liddle*

Jeffrey L. Liddle

cc:   All counsel of record
      Hon. Stewart D. Aaron, United States District Magistrate Judge (via email)