# EPSTEIN BECKER GREEN

Attorneys at Law

James D. Mackinson
t 212.351.4581
f 212.878.8600
JMackinson@ebglaw.com

> Request GRANTED. The Court adopts the parties' proposed extended briefing schedule. Plaintiffs' counsel is directed to file a letter on the docket by **December 16, 2024,** regarding (1) whether Plaintiffs intend to move forward with their existing counsel or retain new counsel and (2) proposed next steps.
>
> SO ORDERED. Date 12/16/2024
>
> *[signature]*
>
> HON. MARGARET M. GARNETT
> U.S. DISTRICT JUDGE

December 12, 2024

**VIA ECF & EMAIL**

Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: *Nelson Chang et al. v. Mizuho Securities USA LLC et al.*, 21-cv-03874 (MMG)(SDA)

**Stipulated Request to Extend Summary Judgment Briefing Deadlines**

Dear Judge Garnett:

My firm represents Defendants Mizuho Securities USA LLC and Mizuho Bank (USA) ("Defendants") in this action. Having conferred with Plaintiffs' counsel, Edgar Rivera, I write to request a 21-day extension of the Defendants' and Plaintiffs' summary judgment briefing deadlines. Plaintiffs' counsel consents to this extension, which is needed for two reasons.

First, following the December 3, 2024 Settlement Conference before Magistrate Judge Stewart D. Aaron, Plaintiffs requested additional time to consider Defendants' settlement offers. Accordingly, Defendants did not receive notice of Plaintiffs' rejection of Defendants' settlement offers until December 10th.

Second, Plaintiffs' counsel has advised that there remains some uncertainty about who will be representing the Plaintiffs on a going-forward basis given the suspension of Jeffrey Liddle, which took effect on December 9th. We further understand that Plaintiffs will not be in a position to confirm whether they intend to proceed with their existing counsel, or will seek to retain new counsel, until next week. Given this uncertainty, the parties are currently unable to meaningfully meet and confer to prepare a Joint 56.1 Statement as required by Rule II(B)(9)(ii) of Your Honor's Individual Rules & Practices.

December 12, 2024
Page 2

For the time being, then, we are requesting that the parties' summary judgment briefing deadlines be extended by 21 days, as follows:

- Defendants' Motion: extended from December 20, 2024 to **January 10, 2025**
- Plaintiffs' Opposition: extended from February 28, 2025 to **March 21, 2025**
- Defendants' Reply: extended from March 14, 2025 to **April 4, 2025**

As noted, Plaintiffs' counsel has consented to this request for an extension. Further, Plaintiffs' counsel has informed us that he will advise the Court no later than December 16, 2024 regarding whether Plaintiffs will be requesting a broader stay in the event they seek new counsel.

This is the second stipulated request for an extension of the summary judgment briefing schedule.

We thank the Court for its attention to this matter as the parties and their counsel attempt to navigate a challenging circumstance.

Respectfully submitted,

EPSTEIN BECKER & GREEN P.C.

By: /s/ *James D. Mackinson*
James D. Mackinson
Edward M. Yennock
875 Third Avenue
New York, NY 10022
T: (212) 351-4581

*Counsel for Defendants Mizuho Securities USA LLC and Mizuho Bank (USA)*

CC: All counsel of record (via ECF)