# THE LAW OFFICES OF EDGAR M. RIVERA

381 Park Avenue South
Suite 1220
New York, NY 10016

———

EDGAR M. RIVERA
  Mobile Tel: (646) 400-2249
  Email: erivera@riveralawNYC.com

December 16, 2024

**VIA ECF**
Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      Re:   *Nelson Chang et al. v. Mizuho Securities USA LLC et al.*, 21-cv-03874 (MMG)(SDA)

Dear Judge Garnett:

    I represent the Plaintiffs in this action.

    Following Jeffrey L. Liddle's suspension on December 9, 2024, Mr. Liddle has been seeking a limited stay of that suspension from the Appellate Division, First Department for certain enumerated cases, including this one. The limited stay is sought to protect clients who might be adversely impacted without the stay being granted. In this case, the stay is to aid in the transition to additional counsel while being able to assist in opposing the motion for summary judgment. Although Mr. Liddle and his attorney, Howard Benjamin, Esq., expected to hear back from the court on that request today, no decision has been rendered as of this moment. Mr. Liddle expects to hear back very soon, I will keep the Court updated.

    Regardless of the outcome, Plaintiffs will be retaining additional counsel. Mr. Liddle cannot currently continue, and I, due to the case of this size and complexity of this case, could only remain counsel in a secondary role.

    I respectfully request that the Plaintiffs receive one additional week (by December 23, 2024) to allow them the time to have the information necessary to make an informed decision regarding how to proceed.

                                        Respectfully submitted,

                                        Edgar M. Rivera

cc:    Edward Yennock
        James David MacKinson

Request GRANTED. Plaintiffs' counsel is directed to keep the Court promptly apprised of any decision by the Appellate Division, First Department regarding Mr. Liddle's application for a limited stay of suspension. Plaintiffs are directed to file a letter by **December 23, 2024**, regarding the status of finding additional counsel and proposing next steps.

SO ORDERED.  Date 12/17/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE