# THE LAW OFFICES OF EDGAR M. RIVERA

381 Park Avenue South
Suite 1220
New York, NY 10016
_____

EDGAR M. RIVERA
  Mobile Tel: (646) 400-2249
  Email: erivera@riveralawNYC.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2024
```

December 23, 2024

**VIA ECF**
Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      Re:   *Nelson Chang et al. v. Mizuho Securities USA LLC et al.*, 21-cv-03874 (MMG)(SDA)

Dear Judge Garnett:

    As an update, per Your Honor's request, the Appellate Division, First Department still has not ruled on Mr. Liddle's request for a limited stay of the suspension order regarding this case.

    Meanwhile, Mr. Liddle and I continue to make efforts to find additional or replacement counsel. This has been difficult due to the holidays and the complexity and magnitude of the case. We hope to have this resolved soon.

Respectfully submitted,

*/s/ Edgar Rivera*

Edgar M. Rivera

cc:   Edward Yennock (via ECF)
      James David Mackinson (via ECF)

---

Counsel for all parties are directed to appear for a video conference via Microsoft Teams before Judge Garnett on **Friday, January 3, 2025, at 11:30 a.m.** The Teams information is below. Counsel should be prepared to discuss the status of finding additional counsel for Plaintiffs, and the briefing schedule for motions for summary judgment. Counsel are referred to Rule II(A)(2) of the Court's Individual Rules & Practices regarding remote conferences.

**Meeting ID: 239 164 739 868  //  Passcode: xD24W7gb**

SO ORDERED.  Date 12/26/2024

*/s/ Margaret M. Garnett*

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE