# THE LAW OFFICES OF EDGAR M. RIVERA

381 Park Avenue South
Suite 1220
New York, NY 10016

———

EDGAR M. RIVERA
  Mobile Tel: (646) 400-2249
  Email: erivera@riveralawNYC.com

January 27, 2025

**VIA ECF**
Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

     Re:    *Nelson Chang et al. v. Mizuho Securities USA LLC et al.*, 21-cv-03874 (MMG)(SDA)

Dear Judge Garnett:

    As an update, per Your Honor's directive, the Appellate Division, First Department denied Jeffrey Liddle's request for a limited stay of the suspension order regarding this case.

    While the Plaintiffs have not obtained new or additional counsel yet, they have made progress, and I will continue to keep the Court updated.

Respectfully submitted,

*[signature]*

Edgar M. Rivera

cc:    Edward Yennock (via ECF)
       James D. Mackinson (via ECF)