# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

NELSON CHANG, et al.,

                          Plaintiffs,

           -against-

MIZUHO SECURITIES USA LLC and MIZUHO
BANK(USA),

                          Defendants.

-------------------------------------------------------------------------X

21 **CIVIL** 3874 (MMG)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2026, Mizuho's motion for summary judgment is GRANTED. Accordingly, judgment is hereby entered in favor of Defendants and the case is closed.

**Dated:** New York, New York

       March 31, 2026

                                    **TAMMI M. HELLWIG**

                                  _____

                                    **Clerk of Court**

                  **BY:**            _____

                                **Deputy Clerk**